# UNITED STATES DISTRICT COURT

for

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Aug 08, 2022

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Wynecoop, Vernon Frank Edward | Docket No. | 0980 2:16CR00205-WFN-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Vernon Frank Edward Wynecoop, who was placed under a pretrial diversion agreement by the Honorable Wm. Fremming Nielsen, sitting in the Court at Spokane, Washington, on the 7th day of September 2017, under the following conditions:

**Condition k:** Mr. Wynecoop may not access the Internet unless his legal guardian obtains express advanced permission from Mr. Wynecoop's supervising officer.

**Condition l:** Mr. Wynecoop may not possess an electronic device that has the ability to access the Internet unless his legal guardian obtains express advanced permission of his supervising officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On May 20, 2022, the undersigned officer reviewed the conditions of the pretrial diversion agreement with Mr. Wynecoop. Mr. Wynecoop acknowledged an understanding of the conditions at that time.

**Violation #1:** Vernon Frank Edward Wynecoop is alleged to have violated the conditions of his pretrial diversion by admitting to accessing the Internet on July 20, 2022.

On July 20, 2022, the undersigned officer met with Mr. Wynecoop and his mother at their residence. During this meeting, Mr. Wynecoop's mother indicated he had recently accessed the Internet. When the undersigned officer inquired about the Internet access, Mr. Wynecoop admitted he took his mother's iPad tablet a couple of weeks prior without his mother's knowledge or consent. Mr. Wynecoop admitted and accessed an online chat forum to make friends with other "boys."

Mr. Wynecoop did not have permission from the undersigned officer to access the Internet.

**Violation:** Vernon Frank Edward Wynecoop is alleged to have violated the pretrial diversion agreement by admitting to possessing an electronic device that had the ability to access the Internet on July 20, 2022.

On July 20, 2022, the undersigned officer met with Mr. Wynecoop and his mother at their residence. During this meeting, Mr. Wynecoop admitted he had taken his mother's iPad tablet a couple of weeks prior and accessed the Internet, without his mother's knowledge or consent. Mr. Wynecoop acknowledged he had the tablet for one night and accessed an online chat forum. His mother reportedly confiscated the table from Mr. Wynecoop the following morning.

Mr. Wynecoop's mother said the tablet had been password protected. However, Mr. Wynecoop stated his mother had given him the password previously when she was attempting to order food on the Internet.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

**Re: Wynecoop, Vernon Frank Edward**
**August 5, 2022**
**Page 2**

I declare under the penalty of perjury
that the foregoing is true and correct.

Executed on:     August 5, 2022

by     s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[X]     No Action
[ ]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[ ]     The incorporation of the violation(s) contained in this
         petition with the other violations pending before the
         Court.
[ ]     Defendant to appear before the Judge assigned to the case.
[ ]     Defendant to appear before the Magistrate Judge.
[ ]     Other

Signature of Judicial Officer

8/8/2022

Date