# UNITED STATES DISTRICT COURT

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 07, 2026

SEAN F. McAVOY, CLERK

for

Eastern District of Washington

U.S.A. vs.          Wynecoop, Vernon Frank Edward          Docket No.          0980 2:16CR00205-RLP-1

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Vernon Frank Edward Wynecoop, who was placed under a pretrial diversion agreement by the Honorable Wm. Fremming Nielsen, sitting in the Court at Spokane, Washington, on the 7th day of September 2017, under the following conditions:

**Condition j.:** Mr. Wynecoop shall have no contact with a child under age 18 without the presence of an adult and advance approval of the supervising officer. Wendy J. Powell on behalf of Mr. Wynecoop will immediately report any unauthorized contact with minor aged children to the supervising officer.

**Condition k:** Mr. Wynecoop may not access the Internet unless his legal guardian obtains express advanced permission from Mr. Wynecoop's supervising officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On May 20, 2022, the undersigned officer reviewed the conditions of the pretrial diversion agreement with Mr. Wynecoop. Mr. Wynecoop acknowledged an understanding of the conditions at that time.

**Violation #1:** Vernon Frank Edward Wynecoop is alleged to have violated the conditions of his pretrial diversion agreement by having contact with a child under the age of 18 without advance approval of the supervising officer on or about March 14, 2026.

On March 18, 2026, Mr. Wynecoop contacted the undersigned officer to report unexpected minor contact. Mr. Wynecoop explained that on or about March 14, 2026, his brother stopped by his residence, unannounced with his newborn child. Mr. Wynecoop acknowledged he held the baby for approximately 5 minutes. He did not have advance approval from the undersigned officer to have contact with this child.

It should be noted, Mr. Wynecoop is currently participating in the Community Protection Program (CCP), which is administered by the Division of Development Disabilities under the Washington State Department of Social and Health Services. CCP provides housing and other services for individuals with developmental disabilities who have either committed crimes or exhibited behaviors requiring supervision in public. As a part of the CCP, Mr. Wynecoop resides in a home that is staffed with a staff member 24 hours per day. The undersigned officer confirmed that a CCP staff member was present throughout Mr. Wynecoop's contact with the minor-aged child.

**Violation #2:** Vernon Frank Edward Wynecoop is alleged to have violated the conditions of his pretrial diversion agreement by admitting to accessing the Internet without advanced permission from his supervising U.S. probation officer on or about March 25, 2026.

On March 25, 2026, the undersigned officer met with Mr. Wynecoop at his residence. During this meeting, a staff member with the CCP advised Mr. Wynecoop was caught accessing the Internet the previous week. Mr. Wynecoop did acknowledge he accessed the Internet to listen to music. The CCP staff member also reviewed Mr. Wynecoop's Internet history and it revealed a search for videos of little boys wrestling. Mr. Wynecoop said he was interested in learning more about martial arts.

PS-8

**Re: Wynecoop, Vernon Frank Edward**
**May 7, 2026**
**Page 2**

The CCP staff member confirmed the wi-fi password at that residence had been changed to prevent Mr. Wynecoop from accessing the Internet without permission in the future.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    May 7, 2026

by    s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[x ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[  ]    Defendant to appear before the Magistrate Judge.
[  ]    Other

Signature of Judicial Officer

May 7, 2026

Date